IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____07 - CV - 02030_____

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DANIEL ROSS SCHAEFFER,

    Applicant,

v.

R. WILEY, WARDEN,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
COLORADO
SEP 28 2007
GREGORY C. LANGHAM
                CLERK

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Daniel Ross has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Memorandum in Support of Application for a Writ of Habeas Corpus to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Daniel R. Schaeffer
Reg. No. 10154-073
FPC
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment of the $5.00 filing fee** to the above-named individuals on _____

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk