IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 8 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02030-ZLW

DANIEL ROSS SCHAEFFER,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

## ORDER DENYING MOTION TO RECONSIDER

Applicant, Daniel Ross Schaeffer, filed *pro se* on October 22, 2007, a motion titled "Motion to Reconsider Pursuant to Federal Rule of Civil Procedure (59)(e)" in which he asks the Court to reconsider the Order of Dismissal and the Judgment filed in this action on October 11, 2007. The Court must construe the motion liberally because Mr. Schaeffer is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Schaeffer filed his motion to reconsider within ten days after the Court's Order of Dismissal and Judgment. *See* Fed. R. Civ. P. 6(a) (time periods of

less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court denied the habeas corpus application and dismissed the instant action because the application is without merit. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Schaeffer fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss and judgment entered in this action. The case Mr. Schaeffer cites, *Sisneros v. Booker*, 981 F. Supp. 1374 (D. Colo. 1997), does not appear to be applicable to Applicant because he does not allege that he has entered and successfully completed a drug abuse treatment program. Therefore, he fails to provide support for his contention that in 1998 he was promised a one-year reduction in his sentence if he completed the program. The motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion to Reconsider Pursuant to Federal Rule of Civil Procedure (59)(e)," which Applicant, Daniel Ross Schaeffer, filed *pro se* on October 22, 2007, is denied.

DATED at Denver, Colorado, this __7__ day of __Nov.__, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02030-BNB

Daniel R. Schaeffer
Reg. No. 10154-073
FPC - Florence
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/8/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk