IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02030-ZLW

DANIEL ROSS SCHAEFFER,

Applicant,

v.

R. WILEY, Warden,

Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the motion for reconsideration filed with the Court on December 7, 2007. In the motion, Applicant, Daniel Ross Schaeffer, seeks reconsideration of the Court's November 28, 2007, order requiring him to cure a deficiency in this case within thirty days. The motion for reconsideration is DENIED. Applicant continues to have thirty days from the date of the November 28 order in which to cure the deficiency. If he fails to do so within the time allowed, the United States Court of Appeals for the Tenth Circuit will be so notified.

Dated: December 10, 2007

---

Copies of this Minute Order mailed on December 10, 2007, to the following:

Daniel Ross Schaeffer
Reg. No. 01054-073
FPC - Florence
PO Box 5000
Florence, CO 81226

Secretary/Deputy Clerk